**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: CHET MICHAEL WILSON
v.
DISABILITY SERVICES OF AMERICA, LLC

Case Number: No. 1:25-cv-10578

An appearance is hereby filed by the undersigned as attorney for:
DISABILITY SERVICES OF AMERICA, LLC

Attorney name (type or print): Brian W. Ledebuhr

Firm: Vedder Price P.C.

Street address: 222 North LaSalle Street

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6294417
(See item 3 in instructions)

Telephone Number: (312)609-7500

Email Address: bledebuhr@vedderprice.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 27, 2025

Attorney signature: S/ Brian W. Ledebuhr
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015