IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHET MICHAEL WILSON, | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-10578 |
| DISABILITY SERVICES OF AMERICA, LLC, | Judge Manish S. Shah |
| Defendant. | |

## NOTICE OF MOTION

**TO:**

    Anthony I. Paronich
    anthony@paronichlaw.com
    PARONICH LAW, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, Massachusetts 02043
    Telephone: (617) 738-7080
    Facsimile: (617) 830-0327

On Tuesday**, November 04, 2025**, at **9:45 AM**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Manish S. Shah or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1919, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **DEFENDANT DISABILITY SERVICE OF AMERICA, LLC's MOTION TO DISMISS**.

    Respectfully submitted,

    DISABILITY SERVICES OF AMERICA LLC


    By:/s/Brian W. Ledebuhr
        One of Its Attorneys

Brian W. Ledebuhr
bledebuhr@vedderprice.com
Christopher R. Rodenbaugh
crodenbaugh@vedderprice.com
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
(312) 609-7500

Dated: October 27, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **NOTICE OF MOTION** and **DEFENDANT DISABILITY SERVICES OF AMERICA, LLC's MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following

    Anthony I. Paronich
    anthony@paronichlaw.com
    PARONICH LAW, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, Massachusetts 02043
    Telephone: (617) 738-7080
    Facsimile: (617) 830-0327

on October 27, 2025.

                                              /s/ *Brian W. Ledebuhr*
                                              Brian W. Ledebuhr
                                              *Attorney for Defendant*