IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHET MICHAEL WILSON, | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-10578 |
| DISABILITY SERVICES OF AMERICA, LLC, | Judge Manish S. Shah |
| Defendant. | |

**EXHIBITS TO DEFENDANT DISABILITY SERVICES OF AMERICA, LLC'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)**

                              DISABILITY SERVICES OF AMERICA LLC

                              By: /s/ Brian W. Ledebuhr
                                  One of Its Attorneys

Brian W. Ledebuhr
bledebuhr@vedderprice.com
Christopher R. Rodenbaugh
crodenbaugh@vedderprice.com
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
(312) 609-7500

Dated: October 27, 2025