# EXHIBIT 2

| | | | | | |
|---|---|---|---|---|---|
| **Title:** | Chet Michael Wilson, individually and on behalf of all others similarly situated v. Inogen Inc. | | | **Filed On:** | 07/06/2025 |
| **Summary:** | Class action for consumer protection. Defendant routinely makes marketing calls and sends marketing texts to numbers registered with the National Do Not Call Registry. | | | | |
| **Judge:** | Mustafa Kasubhai | **Plaintiff:** | Chet Michael Wilson, individually and on behalf of all others similarly situated | **Defendant:** | Inogen Inc. |
| **Case No:** | 6:25cv1168 | | | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Oregon | | | **Defendant Lawyers:** | Not Provided |
| **Location:** | Portland, Oregon | | | | |
| | | **Plaintiff Law Firm:** | Not Provided | | |
| | | **Plaintiff Lawyers:** | Andrew Perrong | | |

| | | | | | |
|---|---|---|---|---|---|
| **Title:** | Chet Michael Wilson, individually and on behalf of all others similarly situated v. Amp Fit Inc. | | | **Filed On:** | 07/06/2025 |
| **Summary:** | Class action for Telephone Consumer Protection Act. Defendant contacted plaintiffs' phones to promote their services without permission. | | | | |
| **Judge:** | | **Plaintiff:** | Chet Michael Wilson, individually and on behalf of all others similarly situated | **Defendant:** | Amp Fit Inc. |
| **Case No:** | 5:25cv5656 | | | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Northern District of California | | | **Defendant Lawyers:** | Not Provided |
| **Location:** | San Francisco, California | | | | |
| | | **Plaintiff Law Firm:** | Not Provided | | |
| | | **Plaintiff Lawyers:** | Dana Oliver | | |

| | | | | | |
|---|---|---|---|---|---|
| **Title:** | Chet Michael Wilson v. Better Mortgage Corp. | | | **Filed On:** | 07/02/2025 |
| **Summary:** | Class action for telephone consumer protection. Defendant sent plaintiff unwanted marketing texts despite being on the National Do Not Call Registry. | | | | |
| **Judge:** | | **Plaintiff:** | Chet Michael Wilson | **Defendant:** | Better Mortgage Corp. |
| **Case No:** | 1:25cv5503 | **Plaintiff Law Firm:** | Paronich Law | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Southern District of New York | **Plaintiff Lawyers:** | Anthony Paronich | **Defendant Lawyers:** | Not Provided |
| **Location:** | New York, New York | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Title:** | Chet Michael Wilson, individually and on behalf of all others similarly situated v. MAH Group Inc. dba WolfPak | | | **Filed On:** | 05/19/2025 |
| **Summary:** | Class action for unsolicited telephone sales. Defendant sent advertisement or marketing texts to telephone numbers on the National Do Not Call Registry. | | | | |
| **Judge:** | Mustafa Kasubhai | **Plaintiff:** | Chet Michael Wilson, individually and on behalf of all others similarly situated | **Defendant:** | MAH Group Inc. dba WolfPak |
| **Case No:** | 6:25cv855 | | | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Oregon | | | **Defendant Lawyers:** | Not Provided |
| **Location:** | Portland, Oregon | | | | |
| | | **Plaintiff Law Firm:** | Not Provided | | |
| | | **Plaintiff Lawyers:** | Andrew Perrong | | |

| | | | | | |
|---|---|---|---|---|---|
| **Title:** | Chet Michael Wilson, individually and on behalf of all others similarly situated v. Medvidi Inc | | | **Filed On:** | 05/08/2025 |
| **Summary:** | Class action for Telephone Consumer Protection Act. Defendant contacted plaintiffs' phones to promote their services without permission. | | | | |
| **Judge:** | Susan Van Keulen | **Plaintiff:** | Chet Michael Wilson, individually and on behalf of all others similarly situated | **Defendant:** | Medvidi Inc |
| **Case No:** | 5:25cv3996 | | | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Northern District of California | | | **Defendant Lawyers:** | Not Provided |
| **Location:** | San Francisco, California | | | | |
| | | **Plaintiff Law Firm:** | Not Provided | | |
| | | **Plaintiff Lawyers:** | Anthony Paronich | | |

| | | | | |
|---|---|---|---|---|
| **Title:** | Chet Michael Wilson, individually and on behalf of all others similarly situated v. Craftie Fox Inc. | | **Filed On:** | 05/05/2025 |
| **Summary:** | Class action for consumer protection. Defendant sent plaintiff multiple unsolicited marketing text messages using an automated system in an attempt to promote its products and/or services. | | | |
| **Judge:** | | **Plaintiff:** Chet Michael Wilson, individually and on behalf of all others similarly situated | **Defendant:** | Craftie Fox Inc. |
| **Case No:** | 1:25cv22069 | | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Southern District of Florida | | **Defendant Lawyers:** | Not Provided |
| **Location:** | Miami, Florida | **Plaintiff Law Firm:** Kaufman | | |
| | | **Plaintiff Lawyers:** Avi Kaufman | | |

| | | | | |
|---|---|---|---|---|
| **Title:** | Chet M. Wilson, individually and on behalf of all others similarly situated v. Hatten Holdings Inc. dba Mountainside Fitness | | **Filed On:** | 05/01/2025 |
| **Summary:** | Telephone consumer class action. Defendant wrongfully sent text messages to plaintiff even though his number was on the National Do-Not-Call Registry. | | | |
| **Judge:** | Michael Liburdi | **Plaintiff:** Chet M. Wilson, individually and on behalf of all others similarly situated | **Defendant:** | Hatten Holdings Inc. dba Mountainside Fitness |
| **Case No:** | 2:25cv1481 | | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Arizona | | **Defendant Lawyers:** | Not Provided |
| **Location:** | Phoenix, Arizona | **Plaintiff Law Firm:** Not Provided | | |
| | | **Plaintiff Lawyers:** Anthony Paronich | | |

| | | | | |
|---|---|---|---|---|
| **Title:** | Chet Michael Wilson v. Roman Health Ventures Inc. | | **Filed On:** | 04/27/2025 |
| **Summary:** | Telemarketing class action. Defendant sent text message advertisements to cellular telephone numbers registered with the National Do-Not-Call Registry. | | | |
| **Judge:** | | **Plaintiff:** Chet Michael Wilson | **Defendant:** | Roman Health Ventures Inc. |
| **Case No:** | 1:25cv3479 | **Plaintiff Law Firm:** Not Provided | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Southern District of New York | **Plaintiff Lawyers:** Anthony Paronich | **Defendant Lawyers:** | Not Provided |
| **Location:** | New York, New York | | | |

| | | | | |
|---|---|---|---|---|
| **Title:** | Antwane Johnson, individually and on behalf of a class of all persons and entities similarly situated v. American Home Shield Corporation | | **Filed On:** | 03/27/2025 |
| **Summary:** | Telephone Consumer Protection Act. Defendant, a provider of residential warranty services, violated the Telephone Consumer Protection Act by making unsolicited telemarketing calls, including to plaintiff and other individuals on the National Do Not Call Registry, without their consent. | | | |
| **Judge:** | Mark Norris | **Plaintiff:** Antwane Johnson, individually and on behalf of a class of all persons and entities similarly situated ; Chet Michael Wilson | **Defendant:** | American Home Shield Corporation |
| **Case No:** | 2:25cv2347 | | **Defendant Law Firm:** | Gibson Dunn |
| **Court:** | USDC Western District of Tennessee | | **Defendant Lawyers:** | Katherine Maddox Davis |
| **Location:** | Memphis, Tennessee | **Plaintiff Law Firm:** Not Provided | | |
| | | **Plaintiff Lawyers:** Anthony Paronich | | |

| | | |
|---|---|---|
| **Title:** Chet Michael Wilson v. Leaffilter North LLC | | **Filed On:** 03/17/2025 |
| **Summary:** Transfer from the Southern District of Ohio. Telephone consumer protection. | | |
| **Judge:** John Adams | **Plaintiff:** Chet Michael Wilson; Antwane Johnson, on behalf of themselves and others similarly situated | **Defendant:** Leaffilter North LLC |
| **Case No:** 5:25cv522 | | **Defendant Law Firm:** Benesch Friedlander |
| **Court:** USDC Northern District of Ohio | | **Defendant Lawyers:** Nora Cook |
| **Location:** Cleveland, Ohio | **Plaintiff Law Firm:** Giles Harper | |
| | **Plaintiff Lawyers:** Brian Giles | |

| | | |
|---|---|---|
| **Title:** Chet Michael Wilson, individually and on behalf of all others similarly situated v. Norco Inc. | | **Filed On:** 03/09/2025 |
| **Summary:** Class action for Telephone Consumer Protection Act. Defendant routinely uses an artificial or prerecorded voice to call plaintiff and others without consent. | | |
| **Judge:** Michael McShane | **Plaintiff:** Chet Michael Wilson, individually and on behalf of all others similarly situated | **Defendant:** Norco Inc. |
| **Case No:** 6:25cv410 | | **Defendant Law Firm:** Not Provided |
| **Court:** USDC Oregon | | **Defendant Lawyers:** Not Provided |
| **Location:** Portland, Oregon | **Plaintiff Law Firm:** Not Provided | |
| | **Plaintiff Lawyers:** Andrew Perrong | |

| | | |
|---|---|---|
| **Title:** Chet M. Wilson, individually and on behalf of all others similarly situated v. Consumer Cellular Inc. | | **Filed On:** 03/04/2025 |
| **Summary:** Telephone consumer class action. Defendant wrongfully placed calls to plaintiff's phone using a prerecorded message. | | |
| **Judge:** Roslyn Silver | **Plaintiff:** Chet M. Wilson, individually and on behalf of all others similarly situated | **Defendant:** Consumer Cellular Inc. |
| **Case No:** 2:25cv745 | | **Defendant Law Firm:** Not Provided |
| **Court:** USDC Arizona | | **Defendant Lawyers:** Not Provided |
| **Location:** Phoenix, Arizona | **Plaintiff Law Firm:** Not Provided | |
| | **Plaintiff Lawyers:** Avi Kaufman | |

| | | |
|---|---|---|
| **Title:** Chet Michael Wilson v. Blue Moon Fabrics Inc. | | **Filed On:** 02/27/2025 |
| **Summary:** Class action for Telephone Consumer Protection Act. Defendant sent multiple text messages to plaintiff's phone intending to reach someone other than plaintiff, despite the phone number's listing on the National Do Not Call Registry. | | |
| **Judge:** Mustafa Kasubhai | **Plaintiff:** Chet Michael Wilson | **Defendant:** Blue Moon Fabrics Inc. |
| **Case No:** 6:25cv333 | **Plaintiff Law Firm:** Not Provided | **Defendant Law Firm:** Not Provided |
| **Court:** USDC Oregon | **Plaintiff Lawyers:** Andrew Perrong | **Defendant Lawyers:** Not Provided |
| **Location:** Portland, Oregon | | |

| | | |
|---|---|---|
| **Title:** Chet Michael Wilson, individually and on behalf of all others similarly situated v. Pharmacenter LLC | | **Filed On:** 02/06/2025 |
| **Summary:** Class action for consumer protection. Defendant sent plaintiff multiple unsolicited marketing text messages using an automated system in an attempt to promote its products and/or services. | | |
| **Judge:** | **Plaintiff:** Chet Michael Wilson, individually and on behalf of all others similarly situated | **Defendant:** Pharmacenter LLC |
| **Case No:** 0:25cv60212 | | **Defendant Law Firm:** Not Provided |
| **Court:** USDC Southern District of Florida | | **Defendant Lawyers:** Not Provided |
| **Location:** Miami, Florida | **Plaintiff Law Firm:** Kaufman | |
| | **Plaintiff Lawyers:** Avi Kaufman | |

| | | | | |
|---|---|---|---|---|
| **Title:** | Chet Michael Wilson, individually and on behalf of all others similarly situated v. Finmax Smart Capital LLC | | **Filed On:** | 01/31/2025 |
| **Summary:** | Class action for Telephone Consumer Protection Act. Defendant routinely uses an artificial or prerecorded voice in calls it places to wrong or reassigned phone numbers. | | | |
| **Judge:** | Aiken | **Plaintiff:** Chet Michael Wilson, individually and on behalf of all others similarly situated | **Defendant:** | Finmax Smart Capital LLC |
| **Case No:** | 6:25cv173 | | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Oregon | | **Defendant Lawyers:** | Not Provided |
| **Location:** | Portland, Oregon | | | |
| | | **Plaintiff Law Firm:** Not Provided | | |
| | | **Plaintiff Lawyers:** Andrew Perrong | | |

| | | | | |
|---|---|---|---|---|
| **Title:** | Chet M. Wilson, individually and on behalf of all others similarly situated v. Fleet Financial Inc. dba Ilending | | **Filed On:** | 01/31/2025 |
| **Summary:** | Telephone Consumer Protect Act class action. Defendant made unwanted calls to plaintiff, and others similarly situated, using a prerecorded voice. | | | |
| **Judge:** | P O'Hara | **Plaintiff:** Chet M. Wilson, individually and on behalf of all others similarly situated | **Defendant:** | Fleet Financial Inc. dba Ilending |
| **Case No:** | 1:25cv340 | | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Colorado | | **Defendant Lawyers:** | Not Provided |
| **Location:** | Denver, Colorado | | | |
| | | **Plaintiff Law Firm:** Paronich Law | | |
| | | **Plaintiff Lawyers:** Anthony Paronich | | |

| | | | | |
|---|---|---|---|---|
| **Title:** | Chet Michael Wilson, individually and on behalf of all others similarly situated v. Hard Eight Nutrition LLC | | **Filed On:** | 01/28/2025 |
| **Summary:** | Class action for Telephone Consumer Protection Act. Defendant sent multiple unsolicited text messages to plaintiff intending to reach someone else, despite plaintiff's number's listing on the Do Not Call Registry. | | | |
| **Judge:** | Aiken | **Plaintiff:** Chet Michael Wilson, individually and on behalf of all others similarly situated | **Defendant:** | Hard Eight Nutrition LLC |
| **Case No:** | 6:25cv144 | | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Oregon | | **Defendant Lawyers:** | Not Provided |
| **Location:** | Portland, Oregon | | | |
| | | **Plaintiff Law Firm:** Not Provided | | |
| | | **Plaintiff Lawyers:** Andrew Perrong | | |

| | | | | |
|---|---|---|---|---|
| **Title:** | Chet Michael Wilson v. CMRE Financial Services Inc. | | **Filed On:** | 01/28/2025 |
| **Summary:** | Class action for Telephone Consumer Protection Act. Defendant routinely used an artificial voice to place calls to plaintiff intending to reach someone else. | | | |
| **Judge:** | Aiken | **Plaintiff:** Chet Michael Wilson | **Defendant:** | CMRE Financial Services Inc. |
| **Case No:** | 6:25cv152 | **Plaintiff Law Firm:** Not Provided | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Oregon | **Plaintiff Lawyers:** Andrew Perrong | **Defendant Lawyers:** | Not Provided |
| **Location:** | Portland, Oregon | | | |

| | | | | |
|---|---|---|---|---|
| **Title:** | Chet Michael Wilson, individually and on behalf of all others similarly situated v. FuturHealth Inc. | | **Filed On:** | 01/23/2025 |
| **Summary:** | Class action for the Telephone Consumer Protection Act. Defendant sent unsolicited telemarketing text messages to plaintiff's National Do-Not-Call registered cellular telephone. | | | |
| **Judge:** | Cheeks | **Plaintiff:** Chet Michael Wilson, individually and on behalf of all others similarly situated | **Defendant:** | FuturHealth Inc. |
| **Case No:** | 3:25cv157 | | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Southern District of California | | **Defendant Lawyers:** | Not Provided |
| **Location:** | San Diego, California | **Plaintiff Law Firm:** Not Provided | | |
| | | **Plaintiff Lawyers:** Rachel Kaufman | | |

| | | |
|---|---|---|
| **Title:** | Chet Michael Wilson, individually and on behalf of all others similarly situated v. BlendJet Inc. | **Filed On:** 01/23/2025 |
| **Summary:** | Class action for violations of the Telephone Consumer Protection Act. Defendant sent unsolicited text messages to plaintiff, whose phone number is on the Do Not Call Registry. | |
| **Judge:** | Claire | |
| **Case No:** | 2:25cv278 | |
| **Court:** | USDC Eastern District of California | |
| **Location:** | Sacramento, California | |
| **Plaintiff:** | Chet Michael Wilson, individually and on behalf of all others similarly situated | |
| **Plaintiff Law Firm:** | Not Provided | |
| **Plaintiff Lawyers:** | Dana Oliver | |
| **Defendant:** | BlendJet Inc. | |
| **Defendant Law Firm:** | Not Provided | |
| **Defendant Lawyers:** | Not Provided | |

---

| | | |
|---|---|---|
| **Title:** | Chet Michael Wilson, individually and on behalf of all others similarly situated v. Kaiser Foundation Health Plan Inc. | **Filed On:** 01/23/2025 |
| **Summary:** | Class action for Telephone Consumer Protection Act. Defendants contacted plaintiffs' phones to promote their services without permission. | |
| **Judge:** | Seeborg | |
| **Case No:** | 3:25cv802 | |
| **Court:** | USDC Northern District of California | |
| **Location:** | San Francisco, California | |
| **Plaintiff:** | Chet Michael Wilson, individually and on behalf of all others similarly situated | |
| **Plaintiff Law Firm:** | Not Provided | |
| **Plaintiff Lawyers:** | Rachel Kaufman | |
| **Defendant:** | Kaiser Foundation Health Plan Inc. | |
| **Defendant Law Firm:** | Not Provided | |
| **Defendant Lawyers:** | Not Provided | |

---

| | | |
|---|---|---|
| **Title:** | Chet Michael Wilson individually and obo all others similarly situated v. Trajector, Inc. | **Filed On:** 01/23/2025 |
| **Summary:** | Class action. Telephone Consumer Protection Act. Defendant routinely uses an artificial or prerecorded voice in connection with non-emergency calls it places to telephone numbers assigned to a cellular telephone service, without prior consent. Defendant routinely uses an artificial or prerecorded voice in connection with non-emergency calls it places to wrong or reassigned cellular numbers such as those assigned to plaintiffs. | |
| **Judge:** | Walker | |
| **Case No:** | 1:25cv23 | |
| **Court:** | USDC Northern District of Florida | |
| **Location:** | Pensacola, Florida | |
| **Plaintiff:** | Chet Michael Wilson individually and obo all others similarly situated | |
| **Plaintiff Law Firm:** | Not Provided | |
| **Plaintiff Lawyers:** | Avi Kaufman | |
| **Defendant:** | Trajector, Inc. | |
| **Defendant Law Firm:** | Not Provided | |
| **Defendant Lawyers:** | Not Provided | |

---

| | | |
|---|---|---|
| **Title:** | Chet Michael Wilson, individually and on behalf of all others similarly situated v. Easy Spirit, LLC | **Filed On:** 01/22/2025 |
| **Summary:** | Telephone Consumer Protection Act class action. Defendant sent advertising texts to plaintiff's cellphone without his permission. | |
| **Judge:** | Russell | |
| **Case No:** | 3:25cv112 | |
| **Court:** | USDC Connecticut | |
| **Location:** | Bridgeport, Connecticut | |
| **Plaintiff:** | Chet Michael Wilson, individually and on behalf of all others similarly situated | |
| **Plaintiff Law Firm:** | Not Provided | |
| **Plaintiff Lawyers:** | Anthony Paronich | |
| **Defendant:** | Easy Spirit, LLC | |
| **Defendant Law Firm:** | Not Provided | |
| **Defendant Lawyers:** | Not Provided | |

| | | | | |
|---|---|---|---|---|
| **Title:** | Chet Michael Wilson and Antwane Johnson, on behalf of themselves and other similarly situated v. LeafFilter North LLC | | **Filed On:** | 01/16/2025 |
| **Summary:** | Telephone consumer protection class action. Defendant used pre-recorded messages in unsolicited calls to cell phones. | | | |
| **Judge:** | Watson | **Plaintiff:** Chet Michael Wilson and Antwane Johnson, on behalf of themselves and other similarly situated | **Defendant:** | LeafFilter North LLC |
| **Case No:** | 2:25cv39 | | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Southern District of Ohio | | **Defendant Lawyers:** | Not Provided |
| **Location:** | Columbus, Ohio | **Plaintiff Law Firm:** Giles Harper | | |
| | | **Plaintiff Lawyers:** Brian Giles | | |

| | | | | |
|---|---|---|---|---|
| **Title:** | Chet Michael Wilson, individually and on behalf of all others similarly situated v. KUIU LLC | | **Filed On:** | 01/15/2025 |
| **Summary:** | Class action for violations of the Telephone Consumer Protection Act. Defendant routinely sends unsolicited text messages to consumers whose phone numbers are on the Do Not Call Registry. | | | |
| **Judge:** | Riordan | **Plaintiff:** Chet Michael Wilson, individually and on behalf of all others similarly situated | **Defendant:** | KUIU LLC |
| **Case No:** | 2:25cv212 | | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Eastern District of California | | **Defendant Lawyers:** | Not Provided |
| **Location:** | Sacramento, California | **Plaintiff Law Firm:** Paronich Law | | |
| | | **Plaintiff Lawyers:** Dana Oliver | | |

| | | | | |
|---|---|---|---|---|
| **Title:** | Chet Michael Wilson, individually and on behalf of all others similarly situated, v. Centennial Medical Group East LLC | | **Filed On:** | 01/09/2025 |
| **Summary:** | Telephone Consumer Protection Act class action. Defendant used a prerecorded voice to place multiple unsolicited phone calls to plaintiff's phone number intended for someone other than plaintiff. | | | |
| **Judge:** | McShane | **Plaintiff:** Chet Michael Wilson, individually and on behalf of all others similarly situated, | **Defendant:** | Centennial Medical Group East LLC |
| **Case No:** | 6:25cv43 | | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Oregon | | **Defendant Lawyers:** | Not Provided |
| **Location:** | Portland, Oregon | **Plaintiff Law Firm:** Not Provided | | |
| | | **Plaintiff Lawyers:** Andrew Perrong | | |

| | | | | |
|---|---|---|---|---|
| **Title:** | Chet Michael Wilson, individually and on behalf of all others similarly situated v. Zillow Inc. | | **Filed On:** | 01/08/2025 |
| **Summary:** | Class action for Telephone Consumer Protection Act. Defendant placed multiple unsolicited automated phone calls and sent multiple text messages to plaintiff's number intending to reach someone other than plaintiff, even after being asked to stop. | | | |
| **Judge:** | | **Plaintiff:** Chet Michael Wilson, individually and on behalf of all others similarly situated | **Defendant:** | Zillow Inc. |
| **Case No:** | 2:25cv48 | | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Western District of Washington | | **Defendant Lawyers:** | Not Provided |
| **Location:** | Seattle, Washington | **Plaintiff Law Firm:** Not Provided | | |
| | | **Plaintiff Lawyers:** Avi Kaufman | | |

| | | | | | |
|---|---|---|---|---|---|
| **Title:** | Chet Michael Wilson, individually and on behalf of all others similarly situated v. Aum Insurance Services LLC | | | **Filed On:** | 01/07/2025 |
| **Summary:** | Class action for Telephone Consumer Protection Act. Defendants contacted plaintiffs' phones to promote their services without permission. | | | | |
| **Judge:** | Beeler | **Plaintiff:** | Chet Michael Wilson, individually and on behalf of all others similarly situated | **Defendant:** | Aum Insurance Services LLC |
| **Case No:** | 3:25cv260 | | | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Northern District of California | | | **Defendant Lawyers:** | Not Provided |
| **Location:** | San Francisco, California | **Plaintiff Law Firm:** | Not Provided | | |
| | | **Plaintiff Lawyers:** | Anthony Paronich | | |

| | | | | | |
|---|---|---|---|---|---|
| **Title:** | Chet Michael Wilson, individually and on behalf of all others similarly situated v. Club 1 Hotels LLC | | | **Filed On:** | 01/02/2025 |
| **Summary:** | Class action for telephone consumer protection. Defendant sent consumers telemarketing text messages. | | | | |
| **Judge:** | Shah | **Plaintiff:** | Chet Michael Wilson, individually and on behalf of all others similarly situated | **Defendant:** | Club 1 Hotels LLC |
| **Case No:** | 1:25cv3 | | | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Northern District of Illinois | | | **Defendant Lawyers:** | Not Provided |
| **Location:** | Chicago, Illinois | **Plaintiff Law Firm:** | Not Provided | | |
| | | **Plaintiff Lawyers:** | Anthony Paronich | | |

| | | | | | |
|---|---|---|---|---|---|
| **Title:** | Chet Michael Wilson v. Icon Creative Consulting, Inc. | | | **Filed On:** | 12/30/2024 |
| **Summary:** | Restrictions of use of telephone equipment. (No complaint available.) | | | | |
| **Judge:** | | **Plaintiff:** | Chet Michael Wilson | **Defendant:** | Icon Creative Consulting, Inc. |
| **Case No:** | 1:24cv25117 | **Plaintiff Law Firm:** | Not Provided | | |
| **Court:** | USDC Southern District of Florida | **Plaintiff Lawyers:** | Avi Kaufman | **Defendant Law Firm:** | Not Provided |
| | | | | **Defendant Lawyers:** | Not Provided |
| **Location:** | Miami, Florida | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Title:** | Chet Michael Wilson, individually and on behalf of all others similarly situated v. Icon Creative Consulting Inc. | | | **Filed On:** | 12/30/2024 |
| **Summary:** | Class action in Telephone Consumer Protection Act. Plaintiff, who is on the "Do Not Call Registry" received unsolicited calls from defendant in an attempt to sale services. | | | | |
| **Judge:** | Moreno | **Plaintiff:** | Chet Michael Wilson, individually and on behalf of all others similarly situated | **Defendant:** | Icon Creative Consulting Inc. |
| **Case No:** | 1:24cv25119 | | | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Southern District of Florida | | | **Defendant Lawyers:** | Not Provided |
| **Location:** | Miami, Florida | **Plaintiff Law Firm:** | Not Provided | | |
| | | **Plaintiff Lawyers:** | Avi Kaufman | | |

| | | | | | |
|---|---|---|---|---|---|
| **Title:** | Chet Michael Wilson v. Icon Creative Consulting Inc. | | | **Filed On:** | 12/30/2024 |
| **Summary:** | TCPA. | | | | |
| **Judge:** | | **Plaintiff:** | Chet Michael Wilson | **Defendant:** | Icon Creative Consulting Inc. |
| **Case No:** | 1:24cv25117 | **Plaintiff Law Firm:** | Kaufman | | |
| **Court:** | USDC Southern District of Florida | **Plaintiff Lawyers:** | Avi Kaufman | **Defendant Law Firm:** | Not Provided |
| | | | | **Defendant Lawyers:** | Not Provided |
| **Location:** | Miami, Florida | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Title:** | Chet Michael Wilson, individually and on behalf of all others similarly situated v. Fairway Independent Mortgage Corp. | | | **Filed On:** | 12/27/2024 |
| **Summary:** | Class action for TCPA. Defendant repeatedly sent robo-text messages to plaintiff's personal cell phone in order to sell him a mortgage. | | | | |
| **Judge:** | Conley | **Plaintiff:** | Chet Michael Wilson, individually and on behalf of all others similarly situated | **Defendant:** | Fairway Independent Mortgage Corp. |
| **Case No:** | 3:24cv924 | | | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Western District of Wisconsin | | | **Defendant Lawyers:** | Not Provided |
| **Location:** | Madison, Wisconsin | **Plaintiff Law Firm:** | Broderick Law | | |
| | | **Plaintiff Lawyers:** | Anthony Paronich | | |

| | | | | | |
|---|---|---|---|---|---|
| **Title:** | Chet Michael Wilson v. Lower LLC | | | **Filed On:** | 12/18/2024 |
| **Summary:** | Unfair business practices. Defendant violated federal consumer protection law when it used a prerecorded voice to call cell phone owners against their consent in this class action suit. | | | | |
| **Judge:** | | **Plaintiff:** | Chet Michael Wilson | **Defendant:** | Lower LLC |
| **Case No:** | 1:24cv3665 | **Plaintiff Law Firm:** | Not Provided | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Maryland | **Plaintiff Lawyers:** | John McGowan Jr. | **Defendant Lawyers:** | Not Provided |
| **Location:** | Baltimore, Maryland | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Title:** | Chet Michael Wilson, individually and on behalf of all others similarly situated v. Southern Oregon Credit Service Inc. dba Collect Northwest | | | **Filed On:** | 12/17/2024 |
| **Summary:** | Class action for Telephone Consumer Protection Act. Defendant routinely uses a pre-recorded or artificial voice to place non-emergency calls without consent. | | | | |
| **Judge:** | Kasubhai | **Plaintiff:** | Chet Michael Wilson, individually and on behalf of all others similarly situated | **Defendant:** | Southern Oregon Credit Service Inc. dba Collect Northwest |
| **Case No:** | 1:24cv2087 | | | | |
| **Court:** | USDC Oregon | | | **Defendant Law Firm:** | Not Provided |
| **Location:** | Portland, Oregon | | | **Defendant Lawyers:** | Not Provided |
| | | **Plaintiff Law Firm:** | Not Provided | | |
| | | **Plaintiff Lawyers:** | Andrew Perrong | | |

| | | | | | |
|---|---|---|---|---|---|
| **Title:** | Chet Michael Wilson, individually and on behalf of all others similarly situated v. Disability Help Group LLC | | | **Filed On:** | 12/07/2024 |
| **Summary:** | Class action for Telephone Consumer Protection Act. Defendant sent plaintiff multiple unsolicited marketing text messages using an automated system in an attempt to promote its products and/or services. | | | | |
| **Judge:** | | **Plaintiff:** | Chet Michael Wilson, individually and on behalf of all others similarly situated | **Defendant:** | Disability Help Group LLC |
| **Case No:** | 0:24cv62319 | | | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Southern District of Florida | | | **Defendant Lawyers:** | Not Provided |
| **Location:** | Miami, Florida | **Plaintiff Law Firm:** | Kaufman | | |
| | | **Plaintiff Lawyers:** | Avi Kaufman | | |

| | | | | | |
|---|---|---|---|---|---|
| **Title:** | Chet Michael Wilson individually and on behalf of all others similarly situated v. The Savings Bank Mutual Life Insurance Company of Massachusetts | | | **Filed On:** | 11/26/2024 |
| **Summary:** | Class action for telephone consumer protection. Defendant made illegal prerecorded calls to consumers. | | | | |
| **Judge:** | | **Plaintiff:** | Chet Michael Wilson individually and on behalf of all others similarly situated | **Defendant:** | The Savings Bank Mutual Life Insurance Company of Massachusetts |
| **Case No:** | 1:24cv12950 | | | | |
| **Court:** | USDC Massachusetts | | | | |
| **Location:** | Boston, Massachusetts | | | **Defendant Law Firm:** | Not Provided |
| | | **Plaintiff Law Firm:** | Not Provided | **Defendant Lawyers:** | Not Provided |
| | | **Plaintiff Lawyers:** | Anthony Paronich | | |

| | | | | |
|---|---|---|---|---|
| **Title:** | Chet Michael Wilson, individually and on behalf of all others similarly situated v. PacifiCorp dba Pacific Power in Oregon | | **Filed On:** | 11/21/2024 |
| **Summary:** | Class action for Telephone Consumer Protection Act. Defendant routinely uses an artificial or prerecorded voice in non-emergency calls it places to wrong or reassigned telephone numbers without prior consent. | | | |
| **Judge:** | Aiken | **Plaintiff:** Chet Michael Wilson, individually and on behalf of all others similarly situated | **Defendant:** | PacifiCorp dba Pacific Power in Oregon |
| **Case No:** | 6:24cv1956 | | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Oregon | | **Defendant Lawyers:** | Not Provided |
| **Location:** | Portland, Oregon | | | |
| | | **Plaintiff Law Firm:** Reese Ring | | |
| | | **Plaintiff Lawyers:** Nathan Ring | | |

| | | | | |
|---|---|---|---|---|
| **Title:** | Chet Michael Wilson v. Credit Suite Inc. | | **Filed On:** | 11/21/2024 |
| **Summary:** | Unfair debt collection. Defendant repeatedly called plaintiff s cell phone using an auto-dialer. | | | |
| **Judge:** | Mizelle | **Plaintiff:** Chet Michael Wilson | **Defendant:** | Credit Suite Inc. |
| **Case No:** | 8:24cv2711 | **Plaintiff Law Firm:** Kaufman PA | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Middle District of Florida - Tampa Bay | **Plaintiff Lawyers:** Avi Kaufman | **Defendant Lawyers:** | Not Provided |
| **Location:** | Tampa, Florida | | | |

| | | | | |
|---|---|---|---|---|
| **Title:** | Chet Michael Wilson, individually and on behalf of all others similarly situated v. Nationstar Mortgage LLC dba Mr. Cooper | | **Filed On:** | 11/07/2024 |
| **Summary:** | Class action for Telephone Consumer Protection Act. Defendant placed multiple calls to plaintiff using an artificial or recorded voice without consent. | | | |
| **Judge:** | Kasubhai | **Plaintiff:** Chet Michael Wilson, individually and on behalf of all others similarly situated | **Defendant:** | Nationstar Mortgage LLC dba Mr. Cooper |
| **Case No:** | 6:24cv1855 | | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Oregon | | **Defendant Lawyers:** | Not Provided |
| **Location:** | Portland, Oregon | | | |
| | | **Plaintiff Law Firm:** Not Provided | | |
| | | **Plaintiff Lawyers:** Andrew Perrong | | |

| | | | | |
|---|---|---|---|---|
| **Title:** | Chet Michael Wilson, individually and on behalf of all others similarly situated v. Avid Ratings Inc. | | **Filed On:** | 11/04/2024 |
| **Summary:** | Class action for TCPA. Defendant used a pre-recorded artificial voice to place survey calls to plaintiff's phone number countless times. | | | |
| **Judge:** | Unassigned | **Plaintiff:** Chet Michael Wilson, individually and on behalf of all others similarly situated | **Defendant:** | Avid Ratings Inc. |
| **Case No:** | 3:24cv782 | | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Western District of Wisconsin | | **Defendant Lawyers:** | Not Provided |
| **Location:** | Madison, Wisconsin | | | |
| | | **Plaintiff Law Firm:** Broderick Law | | |
| | | **Plaintiff Lawyers:** Anthony Paronich | | |

| | | | | |
|---|---|---|---|---|
| **Title:** | Chet Michael Wilson, individually and on behalf of all others similarly situated v. Elevate Patient Financial Solutions LLC | | **Filed On:** | 11/04/2024 |
| **Summary:** | Telephone Consumer Protection Act; class action. Defendant repeatedly called plaintiff's cell phone with telemarketing robocalls without plaintiff's consent, and continued to do so after plaintiff's requests to stop. | | | |
| **Judge:** | | **Plaintiff:** Chet Michael Wilson, individually and on behalf of all others similarly situated | **Defendant:** | Elevate Patient Financial Solutions LLC |
| **Case No:** | 4:24cv4285 | | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Southern District of Texas | | **Defendant Lawyers:** | Not Provided |
| **Location:** | Houston, Texas | | | |
| | | **Plaintiff Law Firm:** Not Provided | | |
| | | **Plaintiff Lawyers:** Anthony Ilo Paronich | | |

| | | | | |
|---|---|---|---|---|
| **Title:** | Chet Michael Wilson, individually and on behalf of all others similarly situated v. Professional Credit Service | | **Filed On:** | 10/31/2024 |
| **Summary:** | Class action for Telephone Consumer Protection Act. Defendant routinely used an artificial or prerecorded voice to repeatedly call plaintiff without consent and unconnected to emergency messages. | | | |
| **Judge:** | Kasubhai | **Plaintiff:** Chet Michael Wilson, individually and on behalf of all others similarly situated | **Defendant:** | Professional Credit Service |
| **Case No:** | 6:24cv1826 | | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Oregon | | **Defendant Lawyers:** | Not Provided |
| **Location:** | Portland, Oregon | **Plaintiff Law Firm:** Not Provided | | |
| | | **Plaintiff Lawyers:** Andrew Perrong | | |

| | | | | |
|---|---|---|---|---|
| **Title:** | Chet Michael Wilson v. Altria Group Inc. | | **Filed On:** | 10/29/2024 |
| **Summary:** | Declaratory judgment. Defendant violated law by making unwanted calls to plaintiff s cellular telephone. Plaintiff seeks an order directing defendant to stop this behavior. | | | |
| **Judge:** | | **Plaintiff:** Chet Michael Wilson | **Defendant:** | Altria Group Inc. |
| **Case No:** | 1:24cv1917 | **Plaintiff Law Firm:** Not Provided | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Eastern District of Virginia | **Plaintiff Lawyers:** William Robinson | **Defendant Lawyers:** | Not Provided |
| **Location:** | Norfolk, Virginia | | | |

| | | | | |
|---|---|---|---|---|
| **Title:** | State National Insurance Company v. Certain Underwriters At Lloyd's London, Starr Surplus Lines Insurance Company | | **Filed On:** | 03/06/2025 |
| **Summary:** | Insurance contract. Plaintiffs seek a determination that defendants are obligated to defend and indemnify an insured in an underlying action. | | | |
| **Judge:** | | **Plaintiff:** State National Insurance Company ; Indian Harbor Insurance Company | **Defendant:** | Certain Underwriters At Lloyd's London ; Starr Surplus Lines Insurance Company |
| **Case No:** | 651273/2025 | | | |
| **Court:** | New York County Supreme Court | **Plaintiff Law Firm:** Stonberg Hickman | | |
| **Location:** | New York, New York | **Plaintiff Lawyers:** Sherri Pavloff | **Defendant Law Firm:** | Not Provided |
| | | | **Defendant Lawyers:** | Not Provided |

| | | | | |
|---|---|---|---|---|
| **Title:** | v. Chet Wilson, Skopos Financial, LLC | | **Filed On:** | 03/04/2025 |
| **Summary:** | 47:227 Restrictions of Use of Telephone Equipment | | | |
| **Judge:** | Not Provided | **Plaintiff:** Not Provided | **Defendant:** | Chet Wilson ; Skopos Financial, LLC |
| **Case No:** | 6:25cv375 | **Plaintiff Law Firm:** Not Provided | | |
| **Court:** | USDC Oregon | **Plaintiff Lawyers:** Not Provided | **Defendant Law Firm:** | Neal Weingart, Attorney at Law |
| **Location:** | Portland, Oregon | | | |
| | | | **Defendant Lawyers:** | Neal Weingart |

| | | | | |
|---|---|---|---|---|
| **Title:** | Chet Wilson, individually and on behalf of all others similarly situated v. Skopos Financial LLC dba Reprise Financial | | **Filed On:** | 03/04/2025 |
| **Summary:** | Class action for Telephone Consumer Protection Act. Defendant sent multiple text messages soliciting loan products to plaintiff, and others on the National Do Not Call Registry, without permission. | | | |
| **Judge:** | | **Plaintiff:** Chet Wilson, individually and on behalf of all others similarly situated | **Defendant:** | Skopos Financial LLC dba Reprise Financial |
| **Case No:** | 6:25cv376 | | | |
| **Court:** | USDC Oregon | | **Defendant Law Firm:** | Not Provided |
| **Location:** | Portland, Oregon | **Plaintiff Law Firm:** Not Provided | **Defendant Lawyers:** | Not Provided |
| | | **Plaintiff Lawyers:** Neal Weingart | | |

| | | | | |
|---|---|---|---|---|
| **Title:** | David Gore v. Salon Concepts LLC | | **Filed On:** | 02/21/2022 |
| **Summary:** | Contract. Plaintiff seeks a court order to examine and copy defendant's books and records after defendant terminated plaintiff's interest in Salon Concepts without compensation. | | | |
| **Judge:** | Not Provided | **Plaintiff:** David Gore | **Defendant:** | Salon Concepts LLC |
| **Case No:** | 199-00858-2022 | **Plaintiff Law Firm:** Not Provided | **Defendant Law Firm:** | Not Provided |
| **Court:** | Collin County District Court | **Plaintiff Lawyers:** Andrew Jee | **Defendant Lawyers:** | Not Provided |
| **Location:** | McKinney, Texas | | | |

| | | | | |
|---|---|---|---|---|
| **Title:** | Chet Wilson v. AC 320 Hotel Partners LLC, LRR Holdings LLC, Flintlock Construction Services, et al. | | **Filed On:** | 06/20/2019 |
| **Summary:** | Construction injury. Plaintiff was denied proper safety equipment. | | | |
| **Judge:** | Not Provided | **Plaintiff:** Chet Wilson | **Defendant:** | AC 320 Hotel Partners LLC; LRR Holdings LLC; Flintlock Construction Services; Select Safety Consulting Services Inc. |
| **Case No:** | 156149/2019 | **Plaintiff Law Firm:** Perecman Firm | | |
| **Court:** | New York County Supreme Court | **Plaintiff Lawyers:** Sagar Chadha | | |
| **Location:** | New York, New York | | | |
| | | | **Defendant Law Firm:** | Not Provided |
| | | | **Defendant Lawyers:** | Not Provided |

| | | | | |
|---|---|---|---|---|
| **Title:** | Takwana Cooley v. The City of New York, Commissioner Raymond Kelly in his official capacity, Assistant Chief Anthony Izzo as the Commanding Officer of NBBX, et al. | | **Filed On:** | 07/22/2013 |
| **Summary:** | Excessive force, false arrest and imprisonment, and malicious prosecution. | | | |
| **Judge:** | Not Provided | **Plaintiff:** Takwana Cooley; Shariff Sanders | **Defendant:** | The City of New York; Commissioner Raymond Kelly in his official capacity; Assistant Chief Anthony Izzo as the Commanding Officer of NBBX; Det. Gena Jonas of NBBX, Shield #4996; Det. Chet Wilson of NBBX, Shield #2609 |
| **Case No:** | 13-304486 | | | |
| **Court:** | Bronx County Supreme Court | **Plaintiff Law Firm:** Papa Depaola | | |
| | | **Plaintiff Lawyers:** John R. Depaola | | |
| **Location:** | Bronx, New York | | | |
| | | | **Defendant Law Firm:** | Not Provided |
| | | | **Defendant Lawyers:** | Not Provided |

| | | | | |
|---|---|---|---|---|
| **Title:** | Interstate Fire and Casualty Company v. California Restoration | | **Filed On:** | 06/08/2010 |
| **Summary:** | Complaint for breach of insurance contract. | | | |
| **Judge:** | Shubb | **Plaintiff:** Interstate Fire and Casualty Company | **Defendant:** | California Restoration |
| **Case No:** | 2:10-cv-01401 | | **Defendant Law Firm:** | Not Provided |
| **Court:** | USDC Eastern District of California | **Plaintiff Law Firm:** McCormick Barstow LLP | **Defendant Lawyers:** | Not Provided |
| **Location:** | Sacramento, California | **Plaintiff Lawyers:** Chet Wilson | | |

| | | | | |
|---|---|---|---|---|
| **Title:** | Malike MicCrimmon v. City of New York, Chet Wilson, David Melendez | | **Filed On:** | 09/18/2009 |
| **Summary:** | False arrest and assault complaint. | | | |
| **Judge:** | Not Provided | **Plaintiff:** Malike MicCrimmon | **Defendant:** | City of New York; Chet Wilson; David Melendez |
| **Case No:** | 09-307648 | **Plaintiff Law Firm:** Papa DePaola | | |
| **Court:** | Bronx County Supreme Court | **Plaintiff Lawyers:** John DePaola | **Defendant Law Firm:** | Not Provided |
| **Location:** | Bronx, New York | | **Defendant Lawyers:** | Not Provided |