**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Chet Michael Wilson
                                         Plaintiff,

v.                                       Case No.: 1:25−cv−10578
                                                    Honorable Manish S. Shah

Disability Services of America, LLC
                                         Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, October 28, 2025:

      MINUTE entry before the Honorable Manish S. Shah: No appearance on 11/4/25 is necessary. Plaintiff shall respond to the motion to dismiss by 11/17/25 and defendant may reply by 12/8/25. The court will rule by cm/ecf. Discovery is stayed pending a ruling on the motion. Notices Mailed. (psm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.