UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Chet Michael Wilson, on behalf of himself and all others similarly situated<br><br>*Plaintiff*,<br><br>v.<br><br>Disability Services of America, LLC<br><br>*Defendant*. | No. 1:25-cv-10578<br><br>Judge Manish Shah |

### NOTICE OF DISMISSAL WITH PREJUDICE

The plaintiff files this Notice of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

Respectfully submitted in this 21st day of November, 2025

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com
*Counsel for Plaintiff*

1